UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Jacob Malherbe                                    CASE NO. 05-66832-CRM
                                                  CHAPTER 7
              Debtor(s).

## REAFFIRMATION AGREEMENT COMBINED WITH DECLARATION OF DEBTOR(S) ATTORNEY WITH RESPECT TO REAFFIRMATION AGREEMENT

IT IS HEREBY AGREED, pursuant to 11 U.S.C. Section 524, that the above named debtors do hereby reaffirm the indebtedness owed to **DaimlerChrysler Services North America, LLC successor by merger to Chrysler Financial Company, LLC** in the amount of **$13,583.01** (which is the gross balance and includes **$178.00** in attorney fees) for the purchase of **1999 Jeep Grand Cherokee** under the terms of the Retail Installment Contract executed by the parties except as herein modified, which indebtedness is secured by the debtors' vehicle and which shall be payable at the rate of **$293.38** per month with interest at the contractual rate of **8.99** percent, commencing as of **May 13, 2005**, as set forth more fully in the Retail Installment Contract. Debtors hereby acknowledge and understand that they may rescind this agreement at any time prior to discharge or within sixty (60) days after the date of this agreement is filed with the court, whichever occurs last, by giving notice of rescission to said creditor. Debtors acknowledge that such agreement is not required under bankruptcy or non-bankruptcy law.

Debtors also agree that they have voluntarily entered into this agreement negotiated between debtors' attorney and creditor, that it does not impose any undue hardship on the debtors or a dependent of the debtors and is in debtors' best interest.

Agreed this the _13_ day of _May 2005_.

Debtor(s):

_____
Jacob Malherbe, Debtor

Creditor: DaimlerChrysler Services North America, LLC successor by merger to Chrysler Financial Company, LLC

By:_____
H. Tucker Dewey (12961)
Julie C. Chinn (006054)
200 Jefferson Avenue, Suite 1450
One Memphis Place
Memphis, TN 38103
(901) 842-7843

## DECLARATION OF DEBTOR'S ATTORNEY WITH RESPECT TO REAFFIRMATION AGREEMENT

Comes the undersigned debtor's attorney pursuant to 11 U.S.C. Section 524(c)(3) and hereby swears or affirms:

That the above reaffirmation agreement entered into between the debtor(s) and said creditor, a copy of which has been filed with the Court, represents a fully informed and voluntary agreement by the debtor(s).

That the reaffirmation agreement does not impose an undue hardship on the debtor(s) or a dependent of the debtor(s).

That the undersigned attorney has fully discussed this matter with the debtor(s) and the decision to enter into the voluntary agreement is solely that of the debtor(s) and the debtor(s) is/are acting under no coercion or compulsion.

This declaration is based upon information furnished to declarant and is to the best of declarant's knowledge and belief.

That the debtor(s) have been fully advised of the legal effect and consequences of this agreement and any default under this agreement.

_____
Adam Stein, Esq., Debtor(s) Attorney